FILED
JAN 3 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No. CR-10-278-AWI |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| EDDIE GRAVES, ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced to a period of time at Westcare,

IT IS HEREBY ORDERED that the defendant shall be released to an employee of the Westcare Facility on January 4, 2011 at 11:00 a.m.   A certified Judgment and Commitment order to follow.

DATED: 1-3-11

ANTHONY W. ISHII
U.S. District Judge

9/26/96 axonbnd.frm

1